THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND SMITH,<br><br>Defendant. | CASE NO. CR17-0207-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial and pretrial dates (Dkt. No. 17). Having considered the parties' motion, the Court FINDS that:

1. A failure to grant the requested continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2. The ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

1     It is therefore ORDERED that the trial date in this matter be continued from October 30, 2017, to March 5, 2018, and that pretrial motions be filed no later than January 15, 2018.

    The period of delay from the date of this Order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

    DATED this 28th day of September 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
