THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0207-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| EDMUND SMITH, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to file an overlength motion (Dkt. No. 23). Finding good cause, the Court GRANTS Defendant's motion (Dkt. No. 23). The Court will consider Defendant's overlength motion to suppress in its entirety (Dkt. No. 22). The Government may also file an overlength opposition brief not to exceed 18 double spaced pages. If Defendant choose to file a reply, it shall not exceed six (6) double spaced pages.

DATED this 16th day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk