THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0207-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| EDMUND SMITH, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for filing response and reply briefs (Dkt. No. 26). Finding good cause, the parties' stipulated motion (Dkt. No. 26) is GRANTED. The Government shall file its response brief no later than January 29, 2018. If Defendant chooses to file a reply brief, it shall be filed no later than February 1, 2018. The Clerk is DIRECTED to renote Defendant's motion to suppress (Dkt. No. 22) to February 1, 2018.

DATED this 17th day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR17-0207-JCC
PAGE - 1