UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDMUND SMITH, <br><br> Defendant. | CASE NO. CR17-0207-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion (Dkt. No. 34) to withdraw his motion to suppress (Dkt. No. 22). After filing his motion to suppress, Defendant pled guilty to one count of possession of child pornography under a superseding information. (Dkt. No. 34). Defendant's guilty plea renders his motion to suppress moot. The Court thereby GRANTS Defendant's motion to withdraw his motion to suppress (Dkt. No. 22). The Clerk is DIRECTED to TERMINATE the motion to suppress (Dkt. No. 22).

DATED this 26th day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk