THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0207-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EDMUND SMITH, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendant Edmund Smith was sentenced by this Court on May 8, 2018. (Dkt. No. 55.) The amount of restitution has not been determined, and both the Government and Mr. Smith consented to referral to a Magistrate Judge for resolution of that matter. Therefore, the Court hereby REFERS the resolution of restitution in this case to the Honorable Brian A. Tsuchida. The Clerk is DIRECTED to provide a copy of this order to Judge Tsuchida.

DATED this 10th day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
