THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>EDMUND SMITH,<br><br>        Defendant. | CASE NO. CR17-0207-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendant Edmund Smith was sentenced by this Court on May 8, 2018 (Dkt. No. 55).The amount of restitution has not been determined, and the Court previously referred the issue of restitution to the Honorable Brian A. Tsuchida (Dkt. No. 57). The parties have subsequently agreed to the amount of restitution and the Court will enter an amended judgment that incorporates the parties' agreement. Therefore, the Court ORDERS that its referral of this issue to Judge Tsuchida is RESCINDED. The Clerk is DIRECTED to provide a copy of this order to Judge Tsuchida.

//

//

//

DATED this 16th day of May 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk