THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND SMITH,<br><br>Defendant. | CASE NO. CR17-0207-JCC<br><br>ORDER |

This matter comes before the Court on the Government's motion for entry of a final order of forfeiture (Dkt. No. 62). The following property was seized from Defendant in or about June 2017:

1. One Lenovo Thinkcentre desktop computer;
2. One HP rp5700 desktop computer;
3. One My Passport Ultra external HDD;
4. One Grey PNY 32 GB thumb drive;
5. One Black PNY 32 GB thumb drive; and
6. Any and all images of child pornography, in whatever form and however stored.

The Court, having reviewed the record in this matter, FINDS:

- In the plea agreement entered on January 25, 2018, the Defendant agreed to forfeit his interest in the above-identified property pursuant to 18 U.S.C. § 2253. (Dkt. No. 32);

- On May 7, 2018, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's right, title, and interest in it. (Dkt. No. 54);
- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C). (Dkt. No. 61); and,
- The time for filing third-party petitions has expired, and none were filed.

THEREFORE, THE COURT ORDERS:

1) No right, title, or interest in the above-listed property exists in any party other than the United States;

2) The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3) The United States Department of Homeland Security, and/or its representatives, are authorized to dispose of the above-listed property as permitted by law.

DATED this 19th day of June 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE