THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0207-JCC |
| Plaintiff, | ORDER |
| v. | |
| EDMUND SMITH, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion for early termination of supervised release (Dkt. No. 109). Having considered the relevant record and briefing, the Court DENIES the motion for the reasons explained herein.

Defendant pleaded guilty to possession of child pornography. (*See* Dkt. Nos. 30, 36.) The Court sentenced him to 72 months of imprisonment, followed by a lifetime of supervised release. (Dkt. No. 56 at 2–3.) Defendant began his term of supervised release on September 9, 2022. (*See* Dkt. No. 76 at 1.) Counsel, on Defendant's behalf, now moves for early termination, citing Defendant's age, health, and unhoused status. (*See* Dkt. No. 109 at 2.)

The Court may terminate supervised release after one year of supervision "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In deciding whether early termination is appropriate, the Court considers several factors, including the nature and circumstances of the offense, the history and

ORDER
CR17-0207-JCC
PAGE - 1

characteristics of the defendant, the need to deter criminal conduct, the need to protect the public from further crimes, and the need to avoid sentence disparity among similarly situated defendants. 18 U.S.C. § 3583(e) (citing to factors listed by 18 U.S.C. § 3553(a)); *United States v. Emmett*, 749 F.3d 817, 820 (9th Cir. 2014).

Here, the Court does not find early termination warranted. Given the seriousness of the conduct underlying Defendant's conviction, (*see* Dkt. No. 32 at 5–6), 48 months of general compliance with the terms of supervision is not sufficient, in light of the *lifetime* term originally imposed pursuant to the 18 U.S.C § 3553(a) factors. *See* 18 U.S.C. § 3583(e)(1) (particularly the nature and circumstances of the offense, and public safety factors). This is true irrespective of Defendant's present medical condition(s).

Accordingly, Defendant's motion for early termination of supervised release (Dkt. No. 109) is DENIED.

DATED this 12th day of February 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR17-0207-JCC
PAGE - 2